UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| U.S.A. v. John C. Borcherding | Docket No. 5:14-MJ-2278-1KS |

Petition for Action on Probation

      COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John C. Borcherding, who, upon an earlier plea of guilty to Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a) and Possession of Drug Paraphernalia, in violation of 18 U.S.C. § 13 assimilating N.C.G.S. § 90-113.22, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on February 4, 2015, to 12 months probation under the conditions adopted by the court.

      On December 10, 2014, prior to the above-noted sentencing, the defendant was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, to 12 months probation pursuant to 18 U.S.C. § 3607 for the aforementioned offenses. The defendant's probationary term was subsequently revoked on February 4, 2015, due to his use of cocaine, and a judgment of conviction was entered.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On June 3, 2015, and June 9, 2015, a urine specimen collected from the defendant on May 26, 2015, and June 2, 2015, respectively, was determined by the national laboratory to be positive for cocaine. On June 9, 2015, the defendant signed a statement admitting to using cocaine on May 21, 2015, and May 28, 2015. As a sanction for these violations, we are respectfully recommending that the defendant be required to serve 3 days incarceration in the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Lakesha H. Wright |
| Dwayne K. Benfield | Lakesha H. Wright |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2348 |
| | Executed On: June 22, 2015 |

John C. Borcherding
Docket No. 5:14-MJ-2278-1KS
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23rd__ day of ____June____, 2015 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge